# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2852
_____

KIM KERLIN GOINS,

    Appellant,

    v.

LEE COUNTY BOARD OF COUNTY
COMMISSIONERS and PMA
MANAGEMENT CORP.,

    Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Frank Clark, Judge.

Date of Accident:  May 8, 1991.

February 19, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Martha D. Fornaris of Fornaris Law Firm, P.A., Coral Gables, for Appellant.

Ashley D. Fesperman of Lee County Attorney's Office, Fort Myers, for Appellees.